JS - 6

O

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  NAOMI N KAIRU,              )    Case No. EDCV 09-02218
                               )    VAP(DTBx)
12              Plaintiff,      )
                               )    **ORDER: (1) GRANTING**
13      v.                     )    **PLAINTIFF'S PETITION TO**
                               )    **AMEND CERTIFICATE OF**
14  U.S. CITIZENSHIP &         )    **NATURALIZATION, and (2)**
    IMMIGRATION SERVICES,      )    **DISMISSING ACTION WITH**
15                             )    **PREJUDICE**
                Defendant.     )
16  _____)

17

18      On December 3, 2009, Plaintiff Naomi N. Kairu

19  ("Plaintiff") filed a petition to amend certification of

20  naturalization ("Petition"), requesting the Court change

21  the date of birth on her naturalization certificate from

22  November 25, 1969 to November 25, 1973.  (Doc. No. 1.)

23  On August 6, 2010, Defendant U.S. Citizenship &

24  Immigration Services ("Defendant" or "USCIS") filed

25  "Non-Opposition to Plaintiff's Request to Amend

26  Certificate of Naturalization" ("Non-Opposition").  (Doc.

27  No. 13.)  In the Non-Opposition, Defendant states that

28  Plaintiff provided sufficient documentation to support

1  her requested date of birth.  Defendant accordingly

2  requests the Court approve Plaintiff's Petition.

3

4      Having considered Plaintiff's Petition and

5  Defendant's Non-Opposition, the Court ORDERS:

6

7      (1) the USCIS to amend Plaintiff's naturalization

8  certificate to list her date of birth as November 25,

9  1973;

10

11     (2) this Order to be placed in Plaintiff's

12  administrative file with USCIS; and

13

14     (3) the USCIS to provide Plaintiff with a copy of her

15  amended naturalization certificate.

16

17     As the Court grants the only relief sought by

18  Plaintiff in this action, the Court DISMISSES this

19  action, with PREJUDICE.

20

21     IT IS SO ORDERED.

22

23

24  Dated:  August 18, 2010        _____

25                                 VIRGINIA A. PHILLIPS
                                   United States District Judge

26

27

28