Entered Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NAOMI N KAIRU, | ) Case No. EDCV 09-02218 VAP(DTBx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| U.S. CITIZENSHIP & IMMIGRATION SERVICES, | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 25, 2010

VIRGINIA A. PHILLIPS
United States District Judge